COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of CISLIN THOMAS, Respondent, v. JOSEPH E. CHARLES, Appellant.— Order

unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.